No. 85–1377. BOWSHER, COMPTROLLER GENERAL OF THE UNITED STATES *v.* SYNAR, MEMBER OF CONGRESS, ET AL.;

No. 85–1378. UNITED STATES SENATE *v.* SYNAR, MEMBER OF CONGRESS, ET AL.; and

No. 85–1379. O'NEILL, SPEAKER OF THE UNITED STATES HOUSE OF REPRESENTATIVES, ET AL. *v.* SYNAR, MEMBER OF CONGRESS, ET AL. D. C. D. C. [Probable jurisdiction noted, *ante,* p. 1009.] Motion of National Treasury Employees Union for leave to add an individual party plaintiff granted.

No. 85–6368. IN RE KIERSTEAD. Petition for writ of common-law certiorari denied.

No. 85–6371. IN RE KARRIEM ET AL. Petition for writ of mandamus and/or prohibition denied.

No. 85–1200. CALIFORNIA COASTAL COMMISSION ET AL. *v.* GRANITE ROCK CO. Appeal from C. A. 9th Cir. Further consideration of question of jurisdiction postponed to hearing of case on the merits.

No. 85–1265. MICHIGAN *v.* SHABAZ. Sup. Ct. Mich. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 85–862. HUSTLER MAGAZINE, INC. *v.* DOUGLASS. C. A. 7th Cir. Certiorari denied.

No. 85–970. THOMPSON *v.* UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 85–1141. BOARD OF TRUSTEES OF INTERNAL IMPROVEMENT TRUST FUND OF FLORIDA *v.* SAND KEY ASSOCIATES, LTD. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.